DATE: 2/20/91

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

FEB 20   10 01 AM '91

DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS


DENNIS SCHMIDT, et al.,

                    Plaintiffs,

     vs.                                    Civil Action
                                            No. 90-4013-R

FIRST ALLEN SECURITIES, INC.,
ET AL.,

                    Defendants.



## STIPULATION FOR DISMISSAL

     NOW on this ___11ᵗʰ___ day of ___February___, 1991, it is
by the parties stipulated and agreed that all claims in the
above-entitled cause have been fully settled and compromised
and that the cause should be dismissed with prejudice to any
future action at the cost of the defendants.

                              _____
                              Matthew C. Haverty
                              Attorney for Plaintiffs

## ORDER OF DISMISSAL

NOW on this _11th_ day of _February_, 1991, upon the parties' Stipulation for Dismissal in the above-captioned cause,

IT IS BY THE COURT ORDERED that the above-entitled be and the same is hereby dismissed with prejudice to any future action at the cost of the defendants.

_Richard D. Rogers_
Judge of the District Court

APPROVED:

_Matthew C. Haverty_
Matthew C. Haverty

- 2 -